**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **SA Hospital Acquisition Group, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **85-2379265** |

4. **Debtor's address**

**Principal place of business**

**4308 Via Entrada**
**Newbury Park, CA 91320**
Number, Street, City, State & ZIP Code

**Ventura**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**3933 S. Broadway Saint Louis, MO 63118**
Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **SA Hospital Acquisition Group, LLC**
_____    Case number (if known) _____
        Name

---

**7. Describe debtor's business**

**A.** *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____ ____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor  **SA Hospital Acquisition Group, LLC**
_____        Case number (if known) _____
Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in** *this district?* | *Check all that apply:* |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| | |
|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** |

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                                                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

              Contact name  _____

              Phone  _____

---

**■ Statistical and administrative information**

| | |
|---|---|
| **13.** | **Debtor's estimation of available funds** |

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| | |
|---|---|
| **14.** | **Estimated number of creditors** |

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

| | |
|---|---|
| **15.** | **Estimated Assets** |

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | |
|---|---|
| **16.** | **Estimated liabilities** |

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | SA Hospital Acquisition Group, LLC | Case number (if known) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☑ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    SA Hospital Acquisition Group, LLC                                     Case number (if known)
         Name

▮ ▮    Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature        The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
    of authorized
    representative of debtor          I have been authorized to file this petition on behalf of the debtor.

                                      I have examined the information in this petition and have a reasonable belief that the information is true and correct.

                                      I declare under penalty of perjury that the foregoing is true and correct.

                                      Executed on    8 / 11 / 2023
                                                    MM / DD / YYYY

                                 X _____              Jeffrey Ahlholm
                                    Signature of authorized representative of debtor    Printed name

                                    Title    Co-Managing Member


18. Signature of attorney    X _____    Date 08/11/2023
                                Signature of attorney for debtor          MM / DD / YYYY

                                Michael Jay Berger
                                Printed name

                                Law Offices of Michael Jay Berger
                                Firm name

                                9454 Wilshire Boulevard, 6th floor
                                Beverly Hills, CA 90212
                                Number, Street, City, State & ZIP Code

                                Contact phone    (310) 271-6223    Email address    michael.berger@bankruptcypower.com

                                100291 CA
                                Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SA Hospital Acquisition Group, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allscripts Healthcare 24630 Network Place Chicago, IL 60673-1246 | | Vendor's debt incured prior to asset purchase by AHS | | | | $684,195.21 |
| AMN Healthcare File 56157 Los Angeles, CA 90074-6157 | | Vendor's debt incured prior to asset purchase by AHS | | | | $343,454.76 |
| Andrew Friedman 124 N. La Brea Ave., Ste V Los Angeles, CA 90036 | | Loan | | | | $250,000.00 |
| AYA Healthcare PO Box 123519 Dallas, TX 75312 | | Vendor's debt incured prior to asset purchase by AHS | | | | $349,312.39 |
| Aztec Leasing, Inc 2215 Vista Rodeo Dr. El Cajon, CA 92019 | | Vendor | | | | $343,116.12 |
| Cardinal Health PO Box 70539 Chicago, IL 60673-0539 | | Vendor's debt incured prior to asset purchase by AHS | | | | $645,213.80 |
| Comphealth PO Box 972651 Dallas, TX 75397-2651 | | Vendor's debt incured prior to asset purchase by AHS | | | | $420,669.11 |
| EASI PO Box 198531 Atlanta, GA 30384-8531 | | Vendor | | | | $269,581.12 |

Debtor    **SA Hospital Acquisition Group, LLC**

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IWC Innovations 704 S. State Road 135, Suite D348 Greenwood, IN 46143 | | Vendor | | | | $268,304.70 |
| Medline Dept CH 1440 Palatine, IL 60055-4400 | | Vendor's debt incured prior to asset purchase by AHS | | | | $1,113,379.96 |
| Medtronic USA PO Box 848086 Dallas, TX 75284-8086 | | Vendor's debt incured prior to asset purchase by AHS | | | | $373,054.64 |
| Missouri State Taxes PO Box 999 Jefferson City, MO 65108-0999 | | State taxes | | | | $292,105.91 |
| Mondern HR 7590 N. Gelnoaks Blvd Burbank, CA 91504 | | Vendor | | | | $1,400,000.00 |
| Nomad Nurses PO Box 736670 Dallas, TX 75373-6670 | | Vendor's debt incured prior to asset purchase by AHS | | | | $1,670,269.07 |
| Nursefinders PO Box 910738 Dallas, TX 75391-0738 | | Vendor's debt incured prior to asset purchase by AHS | | | | $758,800.13 |
| SA Hospital Jefferson LLC 3535 South Jefferson Saint Louis, MO 63118 | | Loan | | | | $690,740.00 |
| The Metropolitan St Louis Sewer Dis c/o Randall E. Gusdorf, Esq. Gusdorf Law Firm, LLC 9666 Olive Blvd., Ste 211 Saint Louis, MO 63132 | | judgment | | | | $263,432.53 |
| TVT 2.0 LLC 8 Hunters Ln. Roslyn, NY 11576 | | Loan | | | | $6,500,000.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor  **SA Hospital Acquisition Group, LLC**  _____     Case number *(if known)*  _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Twain GL XXV, LLC 2200 Washington Ave. Saint Louis, MO 63103** | | **Delinquent rent for the Ground Lease** | | | | $850,000.00 |
| **Western HealthCare 13155 Noel Road, Suite 200 Dallas, TX 75240** | | **Vendor** | | | | $346,162.49 |

## United States Bankruptcy Court
### Central District of California

In re  **SA Hospital Acquisition Group, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| David Fertel, MD<br>246 Oak Island Dr.<br>Walled Lake, MI 48390 | | 7% | |
| Jeffrey Ahlholm<br>4308 Via Entrada<br>Newbury Park, CA 91320 | | 45% | |
| Lawrence E. Feigen<br>703 Park Lane<br>Cedarhurst, NY 11516 | | 45% | |
| Troy Schell<br>269 W. Bonita Ave<br>Claremont, CA 91711 | | 3% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Jeffrey Ahlholm, as the **Co-Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   8/11/2023

Signature _____
Jeffrey Ahlholm

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Newbury Park**                          , California.

Date:                  8/11/2023

**Jeffrey Ahlholm**
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California

October 2018                              Page 1              F 1015-2,1.STMT.RELATED.CASES

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
California State Bar Number: 100291 CA
michael.berger@bankruptcypower.com

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**SA Hospital Acquisition Group, LLC**

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

#### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of __14__ sheet(s) is complete, correct, and
consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___8/11/2023___

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: ___8/11/2023___

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **SA Hospital Acquisition Group, LLC** _____    Case No. _____
                                          Debtor(s)         Chapter   **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept **a retainer of**                    $ _____**71,738.00**

    Prior to the filing of this statement I have received **a retainer of**          $ _____**71,738.00**

    Balance Due ............................................................................................    $ _____**0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor     ☑ Other (specify): Brian L. Hanna paid the retainer. Mr. Hanna is not a creditor of the Debtor and is not seeking repayment of the retainer. It is a gift contribution to the Debtor.

3.  The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____8/11/2023_____
Date

_Michael Jay Berger_
Signature of Attorney
**Michael Jay Berger**
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223   Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
_Name of law firm_

---

SA Hospital Acquisition Group, LLC
4308 Via Entrada
Newbury Park, CA 91320


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


Agility Health
Agility Surgical Equipment Repair
30275 Hudson Dr.
Novi, MI 48377


Agility Health
c/o Active Credit Solutions LLC
PO Box 19209
Minneapolis, MN 55419


Airgas USA, LLC
2015 Vaughn Rd., Ste 400
Kennesaw, GA 30144


Allied Universal
c/o Michael Miller, Esq.
The Leviton Law Firm
1 Pierce Place, Ste 725W
Itasca, IL 60143


Allscripts Healthcare
24630 Network Place
Chicago, IL 60673-1246


Ameren Missouri
PO Box 66881
Saint Louis, MO 63166

American Boiler Services Inc.
c/o Scott M. McKinnis, Esq.
Hockensmith McKinnis Hamill, PC
12801 Flushing Meadows Dr., Ste 101
Saint Louis, MO 63131-1829


American Healthcare
505 N. Brand Blvd., Ste. 1110
Glendale, CA 91203


AMN Healthcare
File 56157
Los Angeles, CA 90074-6157


Andrew Friedman
124 N. La Brea Ave., Ste V
Los Angeles, CA 90036


Aramark
2680 Palumbo Drive
Lexington, KY 40509


Arjo, Inc.
2349 W. Lake Street
Addison, IL 60101


Atalas Business Solutions, Inc.
PO Box 9013
Fargo, ND 58106


AYA Healthcare
PO Box 123519
Dallas, TX 75312

Aztec Equipment Leasing


Aztec Leasing Inc
c/o Hatkoff & Minassian A Law
18757 Burbank Blvd., Ste 100
Tarzana, CA 91356


Aztec Leasing, Inc
2215 Vista Rodeo Dr.
El Cajon, CA 92019


B Braun
824 Twelfth Avenue
Bethlehem, PA 18018


B.R. Building Resources Co
c/o James D. Daily, Esq.
Daily Law Group
610 Newport Center Drive, Ste 1200
Newport Beach, CA 92660


Bausch & Lomb Americas, Inc.
400 Somerset Corporate Blvd.
Barrington, NJ 08007


Biotronik
c/o The LaSource Group
PO Box 422
North East, PA 16428


Boston Scientific Corp.
c/o S Jacob & Wolf, LP
PO Box 12045
College Station, TX 77842

Bryant Expert Medical Equipment Ser
c/o Jared D. Howell, Esq.
Hamilton Weber LLC
200 North Third Street
Saint Charles, MO 63301


Cardinal Health
PO Box 70539
Chicago, IL 60673-0539


Cardinal Health 110 LLC
c/o Susan K. Cliffel, Esq.
Porter Write Morris & Arthur LLP
250 East Fifth Street, Ste 2200
Cincinnati, OH 45202


Cardiovascular Systems
c/o Commercial Collection Corp NY
34 Seymour Street
Tonawanda, NY 14150


Carefusion
25082 Network Place
Chicago, IL 60673-1250


CHG Companies, Inc.
c/o Michael C. Barnhill, Esq.
Michael Best & Friedrich, LLP
2750 East Cottonwood Parkway Ste560
Salt Lake City, UT 84121


Cintas Corporation
6200 Olive Blvd.
Saint Louis, MO 63130


Comphealth
PO Box 972651
Dallas, TX 75397-2651

Cook Medical
1025 W. Acuff Rd.
Bloomington, IN 47404


Countryside Carpets & Interiors Inc
c/o Lester J. Hubble, Esq.
5353 S. Lindbergh Blvd Suite 210
Saint Louis, MO 63126


CPS Solutions, LLC
c/o Beth C. Boggs, Esq.
Boggs, Avellino, Lach & Boggs, LLC
9326 Olive Blvd, Ste 200
Saint Louis, MO 63132


Dahlem, Inc.
1011 North Clay Avenue
Saint Louis, MO 63122


David Fortel, MD
246 Oak Island Dr.
Walled Lake, MI 48390


DaVita (Total Renal Care)
c/o Grahmn N. Morgan, Esq.
Dinsmore & Shohl LLP
100 West Main Street, Ste 900
Lexington, KY 40507


Deaf Empowerment Awareness Foundati
c/o Sonette T. Magnus, Esq.
Thompson Coburn LLP
One US Bank Plaza
Saint Louis, MO 63101


Division of Employment Security
PO Box 999
Jefferson City, MO 65108

EASI
PO Box 198531
Atlanta, GA 30384-8531


EASi, LLC
c/o Zach Chaffee-McClure, Esq.
2555 Grand Blvd.
Kansas City, MO 64108


EDF-RG, LLC
3140 Riverport Tech Center Drive
Maryland Heights, MO 63043


First Insurance Funding
c/o Louis M. Spivack, Esq.
5447 E. 5th Street, Ste 205
Tucson, AZ 85711


Frank Saidara
2355 Westwood Blvd., Ste 1101
Los Angeles, CA 90064


GE Healthcare
PO Box 96483
Chicago, IL 60693


Germane Solutions
8163 Old Yankee St., Suite B
Dayton, OH 45458


Germane Solutions
c/o Lisa S. Pierce, Esq.
Dinsmore & Shohl, LLP
1 S. Main Street, Ste 1300
Dayton, OH 45402

Goldberg Healthcare Partners
PO Box 749
Kill Devil Hills, NC 27948


Gregory Brentano
c/o Tanner A. Kirksey, Esq.
Keane Law LLC
7711 Bonhomme Ave., Ste 600
Saint Louis, MO 63105


Innovative Water Consulting LLC
dba IWC Innovations
c/o John J. Morse, Esq.
230 N. Meridian Street, Ste 318
Indianapolis, IN 46204


IRS
P.O. Box 7346
Philadelphia, PA 19101


IWC Innovations
704 S. State Road 135, Suite D348
Greenwood, IN 46143


J&J Heath
PO Box 6800
Piscataway, NJ 08855-6800


Jackson & Coker LocumTenens, LLC
2655 Northwinds Parkway
Alpharetta, GA 30009


Jeffrey Ahlholm
4308 Via Entrada
Newbury Park, CA 91320

LabCorp
c/o Richard P. Johnson, Esq.
Johnson Legal Network, PPL
535 Wellington Way, Ste 380
Lexington, KY 40503


Landauer
George Steinberg, Esq.
The Leviton Law Firm
1 Pierce Place, Ste 725W
Itasca, IL 60143


Lawrence E. Feigen
703 Park Lane
Cedarhurst, NY 11516


LGC Clinical Diagnostics
221 US Route 1
Cumberland Foreside, ME 04110


Linet Americas, Inc.
c/o Charles J. Bridgmon, Esq.
Bray & Long, PLLC
2829 Selwyn Ave., Ste 400
Charlotte, NC 28209


Mark's Plumbing
PO Box 121554
Fort Worth, TX 76121


Matrix Strategies
c/o Benjamin Kiss, Esq.
Fisher, Zisblatt & Kiss LLP
1901 Avenue of the Stars, Ste 1100
Los Angeles, CA 90067


Matthew Haddad
13428 Maxella Avenue, 189
Marina Del Rey, CA 90292

Matthew Haddad
c/o Barry A. Smith, Esq.
Buchalter
100 Wilshire Blvd. Ste 1500
Los Angeles, CA 90017


McKesson
6555 State Highway 161
Irving, TX 75039


Medline
Dept CH 1440
Palatine, IL 60055-4400


Medtronic USA
PO Box 848086
Dallas, TX 75284-8086


Medtronic, Inc.
c/o Ronald A. Caimi, Esq.
Vogler & Associates, LLC
11756 Borman Drive, Suite 200
Saint Louis, MO 63146


Metro Public Safety, Inc.
c/o Tyler C. Thompson, Esq.
Thompson Law STL, LLC
167 Lamp and Lantern Vilge Ste 226
Saint Louis, MO 63107


Metropolitan St. Louis Sewer Distri
c/o Account Resolution Corp
PO Box 3860
Chesterfield, MO 63006


Midwest Scientific, Inc.
115 Cassens Court
Fenton, MO 63026

Milford Supply Co.
c/o Kevin Seltzer, Esq.
130 S. Bemiston Ave., Ste 303
Saint Louis, MO 63105


Missouri State Taxes
PO Box 999
Jefferson City, MO 65108-0999


Mobile ID Solutions
1740 West Katella Ave., Ste E
Orange, CA 92867


Modern HR Accounts Payable
Prior to IMA
c/o Sasha Alexander Frid
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067


Mondern HR
7590 N. Gelnoaks Blvd
Burbank, CA 91504


Monolito Stark
c/o Joshua D. Margolis, Esq.
Muchnick Haber Margolis, LC
8151 Clayton Rd., Ste 201
Saint Louis, MO 63117


Monolito Stark
c/o Lynn A. Toops, Esq.
Cohen & Malad, LLP
One Indiana Square Ste 1400
Indianapolis, IN 46204


Monolito Stark
c/o Peter J. Jannace, Esq.
c/o Branstetter, Stranch & Jennings
223 Rosa L. Parks Ave, Ste 200
Nashville, TN 37203

Morris Anderson & Associates, Ltd.


MSD
PO Box 848086
Saint Louis, MO 63166-0437


Mullen Coughlin LLC
426 W. Lancaster Avenue, Suite 200
Devon, PA 19333


MXR Imaging, Inc.
4909 Murphy Canyon Road, Ste 120
San Diego, CA 92123


NFS Equipment Leasing
900 Cummings Center Ste. 226-U
Beverly, MA 01915


NFS Leasing
c/o Randall F. Scherck, Esq.
Greensfelder, Hemker & Gale, PC
10 South Broadway, Ste 2000
Saint Louis, MO 63102


Nomad Health, Inc.
c/o Richard De Palma, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017


Nomad Nurses
PO Box 736670
Dallas, TX 75373-6670

Nursefinders
PO Box 910738
Dallas, TX 75391-0738


Office Depot, Inc.
6600 N. Militiary Trail
Boca Raton, FL 33496


Osteoremedies
c/o Tom Braun
Commercial Collection Consultants
16830 Ventura Blvd, Ste 620
Encino, CA 91436


Pesso Subordinated Secured
1232 South La Cienega Blvd
Los Angeles, CA 90035


Pipe Technologies, Inc.
c/o Mark I. Wrait, Esq.
Severson & Severson
595 Market Street, Suite 2600
San Francisco, CA 94105


Pipe Technologies, Inc.
c/o Derick C. Albers, Esq.
Lewis Rice LLC
600 Washington Ave, Ste 2500
Saint Louis, MO 63101


Rottler Pest Solutions
2690 Masterson Avenue
Saint Louis, MO 63114


Royal Papers
PO Box 39922
2701 Hereford St.
Saint Louis, MO 63139

SA Hospital Jefferson LLC
3535 South Jefferson
Saint Louis, MO 63118


SA Hospital Real Estate Holdings
Lemay
3933 S. Broadway St.
Saint Louis, MO 63118


SA Hospital Real Estate Holdings
Jefferson
3933 S. Broadway St.
Saint Louis, MO 63118


SA Hospital Real Estate Holdings LL
3933 S. Broadway
Saint Louis, MO 63118


Service Express
3854 Broadmoor Ave SE
Grand Rapids, MI 49512


Smith & Nephew
c/o Peter Francis
Receivable Management Corporation
400 West Cummings Park, Ste 4450
Woburn, MA 01801


Smith & Nephew
5600 Clearfork Main Street #600
Fort Worth, TX 76109


Soliant Health
c/o Jay B. Umansky, Esq.
The Law Offices of Jay B. Umansky
12460 Olive Blvd., Ste 118
Saint Louis, MO 63141

South City Hospital
3933 S. Broadway
Saint Louis, MO 63118


South City Taxes
3933 South Broadway
Saint Louis, MO 63118


Spot Coolers
29749 Network Place
Chicago, IL 60673


St. Louis Heart
3550 McKelvey
Bridgeton, MO 63044


St. Louis Heart & Vascular
c/o Stuart J. Vogelsmeier
Lashly & Baer, PC
714 Locust Street
Saint Louis, MO 63101


Steris
1652 Solution Center
Lockbox 771650
Chicago, IL 60677-1006


STL Collector of Revenue
PO Box 66966
Saint Louis, MO 63166-6966


STL Communications, Inc.
100 Chesterfield Business Pkwy
Ste 300
Chesterfield, MO 63005

Stryker
Costa Rica Finance Shared Service
5th Floor, Tower 4
San Antonio Business Park
Heredia Province, Belen, Costa Rica


Sysco St. Louis, LLC
c/o Harjot S. Padda, Esq.
Padda, Benner & Benner, LLC
3915 Brannon Avenue
Saint Louis, MO 63109


The Baker Company
175 Gatehouse Road
Sanford, ME 04073


The Edelen Company, Inc.
4170 Shoreline Drive
Earth City, MO 63045


The Metropolitan St Louis Sewer Dis
c/o Randall E. Gusdorf, Esq.
Gusdorf Law Firm, LLC
9666 Olive Blvd., Ste 211
Saint Louis, MO 63132


TVT 2.0 LLC
8 Hunters Ln.
Roslyn, NY 11576


Twain Financial Partners LLC
2200 Washington Ave.
Saint Louis, MO 63103


Twain GL XXV LLC
c/o Nicholas J. Zluticky, Esq.
Stinson LLP
1201 Walnut St., Ste 2900
Kansas City, MO 64106

Twain GL XXV, LLC
2200 Washington Ave.
Saint Louis, MO 63103


Twain GL XXV, LLC
c/o Stinson LLP
Attn: Andrew J. Scavotto, Esq.
7700 Forsyth Boulevard, Suite 1100
Saint Louis, MO 63105


Verizon
Attn: Verizon Businses -CARMS 15043
11 Wards Lane
Albany, NY 12204


Vistalink Health Group, LLC
c/o Lacy M. Fields Keune, Esq.
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Ste 2000
Saint Louis, MO 63102


Walcott RX Products Inc.
3 Harry's Court, Suite D
Ocean View, NJ 08230


West Physics
3825 Paces Walk SE
Atlanta, GA 30339


Western HealthCare
13155 Noel Road, Suite 200
Dallas, TX 75240


Windsor Terrace Healthcare, LLC
c/o A. Sasha Frid, Esq.
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067