# RESOLUTION OF SA HOSPITAL ACQUISITION GROUP, LLC. AUTHORIZING THE FILING OF A CHAPTER 11 BANKRUPTCY PETITION

WHEREAS SA HOSPITAL ACQUISITION GROUP, LLC, is not able to pay its debts as they come due; and

WHEREAS SA HOSPITAL ACQUISITION GROUP, LLC, has authorized Jeffrey Ahlholm and Lawrence E. Feigen to hire attorney Michael Jay Berger to prepare and file a Chapter 11 Bankruptcy Petition for SA HOSPITAL ACQUISITION GROUP, LLC, and to have Mr. Berger prepare and sign any additional documents needed in connection with said bankruptcy filing; and

WHEREAS, Jeffrey Ahlholm and Lawrence E. Feigen are the Co-Managing Members of SA HOSPITAL ACQUISITION GROUP, LLC,

NOW, THEREFORE:

IT IS HEREBY RESOLVED by SA HOSPITAL ACQUISITION GROUP, LLC, to file a Chapter 11 bankruptcy petition. Jeffrey Ahlholm, Lawrence E. Feigen and Michael Jay Berger are specifically authorized to file said Chapter 11 petition on behalf of SA HOSPITAL ACQUISITION GROUP, LLC

Dated: 8/11/2023        SA HOSPITAL ACQUISITION GROUP, LLC

By: _____
Jeffrey Ahlholm, Co-Managing Member

By: _____
Lawrence E. Feigen, Co-Managing Member