Anthony P. Cali (Pro Hac Vice Forthcoming)
anthony.cali@stinson.com
STINSON LLP
1850 N. Central Avenue, Suite 2100
Phoenix, AZ 85004-4584
Telephone:     602.279.1600

Marshall J. Hogan, Bar No. 286147
mhogan@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California  92626-7689
Telephone:     714.427.7000
Facsimile:     714.427.7799

Attorneys for Twain GL XXV, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>SA HOSPITAL ACQUISITION GROUP, LLC<br><br>Debtor. | Case No. 9:23-bk-10690-RC<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON TWAIN GL XXV, LLC'S MOTION TO DISMISS CHAPTER 11 CASE**<br><br>Place:    411 West Fourth Street<br>             Santa Ana, CA 92701<br>             Courtroom 5D<br><br>Hearing Information:<br><br>             August 18. 2023<br>             11:00 AM<br>             Courtroom 5D |

TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL INTERESTED PARTIES:

On August 16, 2023, Twain GL XXV, LLC ("Twain") filed its Motion to Dismiss Chapter 11 Case ("Motion") [Dkt. No. 5] and its Application for Order Setting Hearing on

1  Shortened Notice ("Application") [Dkt. No. 6] seeking to set the hearing on the Motion on

2  shortened notice. On August 17, 2023, the Court entered an order granting the Application

3  ("Order") [Dkt. No. 9] and setting a hearing on the Motion for August 18, 2023 at 11:00 a.m. in

4  Courtroom 5D at the Santa Ana Courthouse located at 411 West Fourth Street, Santa Ana, CA

5  92701. A copy of the Order is attached hereto as Exhibit 1. All appearances at the hearing are

6  required to be in person, with the exception of the United States Trustee.

7      Any opposition to the Motion may be made orally at the hearing on the Motion, including

8  any opposition to the timing of the hearing on the Motion.

9      Any reply to opposition may be made orally at the hearing on the Motion.

Dated: August 16, 2023

STINSON LLP
Anthony P. Cali

- and -

SNELL & WILMER L.L.P.


By: /s/ Marshall J. Hogan
    Marshall J. Hogan


Attorneys for Twain GL XXV, LLC

4894-6108-1464

# EXHIBIT 1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Anthony P. Cali (pro hac vice forthcoming)<br>Stinson LLP<br>anthony.cali@stinson.com<br>1850 N. Central Ave., Suite 2100<br>Phoenix, AZ 85004-4584<br><br>Marshall J. Hogan (CA Bar 286147)<br>Snell & Wilmer L.L.P.<br>mhogan@swlaw.com<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92694<br>714.427.7000 (p)<br>714.427.7799 (f)<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Twain GL XXV, LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 16 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** rust        **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** NORTHERN DIVISION

| In re:<br>SA Hospital Acquisition Group, LLC<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:23-bk-10690-RC<br>CHAPTER: 11<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>    **[LBR 9075-1(b)]** |
|---|---|
| **Movant** (*name*):<br>Twain GL XXV, LLC | |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Twain GL XXV, LLC's Motion to Dismiss Chapter 11 Case

   b. *Date of filing of motion:* 8/15/23

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: 8/15/23

3. Based upon the court's review of the Application, it is ordered that:

   a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is granted, and it is further ordered:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                      Page 1                    F 9075-1.1.ORDER.SHORT.NOTICE

4

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: August 18, 2023**<br>**Time: 11:00 a.m.**<br>**Courtroom: 5D** | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☒ 411 West Fourth Street, Santa Ana, CA 92701*<br>☐ 1415 State Street, Santa Barbara, CA 93101<br>***With the exception of the Office of the U.S. Trustee, all appearances are required to be made <u>in-person</u>.** |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) <u>Deadlines:</u><br>Date: **August 16, 2023**<br>Time: **5:00 p.m.** | (B) <u>Persons/entities to be provided with telephonic notice:</u><br>Counsel for debtor SA Hospital Acquisition Group LLC*<br>The 20 largest unsecured creditors<br>The State Court appointed reciever<br><br>(C) <u>Telephonic notice is also required upon</u> the United States Trustee<br><br>*Telephonic notice is to be provided to counsel to the Debtor prior to noon, August 16, 2023. |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☒ Personal Delivery   ☐ Overnight Mail   ☐ First class mail   ☒ Facsimile*   ☒ Email*

| | |
|---|---|
| (B) <u>Deadlines:</u><br>Date: **August 16, 2023**<br>Time: **5:00 p.m.** | (C) <u>Persons/entities to be served with written notice and a copy of this order:</u><br>Counsel for debtor SA Hospital Acquisition Group LLC<br>The 20 largest unsecured creditors<br>The State Court appointed reciever<br><br>(D) <u>Service is also required upon:</u><br>-- United States trustee (*electronic service is not permitted*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

5

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☒ Email*

(B) *Deadlines:*
Date: **August 16, 2023**

Time: **5:00 p.m.**

(C) *Persons/entities to be served with motion, declarations, supporting documents:*
Counsel for debtor SA Hospital Acquisition Group LLC
The 20 largest unsecured creditors
The State Court appointed reciever

(D) *Service is also required upon*:
-- United States trustee *(no electronic service permitted)*

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing, including any opposition to the timing of the hearing on the Motion.

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                Page 3                **F 9075-1.1.ORDER.SHORT.NOTICE**

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above:

> ☐ at least 2 days before the hearing.
>
> ☒ no later than:    Date: August 18, 2023  Time: 9:00 a.m.

**\*** Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

Date: August 16, 2023

Ronald A. Clifford III
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                     Page 4                     **F 9075-1.1.ORDER.SHORT.NOTICE**

7