MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com

*Proposed* Counsel for Debtor and Debtor-in-Possession,
SA Hospital Acquisition Group, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>SA HOSPITAL ACQUISITION GROUP, LLC<br><br>Debtor and Debtor-in-Possession. | CASE NO.: 9:23-bk-10690-RC<br><br>Chapter 11<br><br>**NOTICE OF ERRATA RE: DEBTOR'S OPPOSITION TO TWAIN GL XXV, LLC'S MOTION TO DISMISS CHAPTER 11 CASE; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br><u>Hearing Scheduled For:</u><br>Date:    August 18, 2023<br>Time:    11:00 a.m.<br>Place:   Courtroom 5D<br>             United States Bankruptcy Court<br>             411 W. Fourth Street<br>             Santa Ana, CA 92701 |

**<u>NOTICE OF ERRATA RE: DEBTOR'S OPPOSITION TO TWAIN GL XXV, LLC'S MOTION TO DISMISS CHAPTER 11 CASE; MEMORANDUM OF POINTS AND AUTHORITIES</u>**

PLEASE TAKE NOTICE THAT Debtor SA Hospital Acquisition Group, LLC's ("<u>Debtor</u>") Opposition to Twain GL XXV, LLC's ("<u>Twain</u>") Motion to Dismiss Chapter 11 Case had the incorrect hearing information in the caption and the hearing on Twain's

Motion to Dismiss Chapter 11 Case will take place on August 18, 2023 at 11:00 a.m. in Courtroom 5D at the United States Bankruptcy Court located at 411 W. Fourth Street, Santa Ana, CA 92701.

Dated: August 17, 2023
        LAW OFFICES OF MICHAEL JAY BERGER

By: /s/ Michael J. Berger
MICHAEL JAY BERGER
*Proposed* Counsel for Debtor-in-Possession,
SA Hospital Acquisition Group, LLC

2

NOTICE OF ERRATA RE: DEBTOR'S OPPOSITION TO TWAIN GL XXV, LLC'S MOTION TO DISMISS CHAPTER 11 CASE; MEMORANDUM OF POINTS AND AUTHORITIES

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERRATA RE: DEBTOR'S OPPOSITION TO TWAIN GL XXV, LLC'S MOTION TO DISMISS CHAPTER 11 CASE; MEMORANDUM OF POINTS AND AUTHORITIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/17/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Proposed Counsel for Debtor: Michael Jay Berger   michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Brian David Fittipaldi   brian.fittipaldi@usdoj.gov
Counsel for Twain GL XXV, LLC: Marshall J Hogan   mhogan@swlaw.com, knestuk@swlaw.com
United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 8/17/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Honorable Ronald A. Clifford III
United States Bankruptcy Court
Central District of California
1415 State Street, Suite 233 / Courtroom 201
Santa Barbara, California 93101-2511

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/17/2023 | Yathida Nipha | /s/Yathida Nipha |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.