United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-10690-RC |
| SA Hospital Acquisition Group, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 15, 2023 | Form ID: 309F1 | Total Noticed: 131 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SA Hospital Acquisition Group, LLC, 4308 Via Entrada, Newbury Park, CA 91320-6827 |
| 41642807 | | AMN Healthcare, File 56157, Los Angeles, CA 90074-6157 |
| 41642812 | + | AYA Healthcare, PO Box 123519, Dallas, TX 75312-3519 |
| 41642800 | + | Agility Health, c/o Active Credit Solutions LLC, PO Box 19209, Minneapolis, MN 55419-0209 |
| 41642799 | + | Agility Health, Agility Surgical Equipment Repair, 30275 Hudson Dr., Novi, MI 48377-4115 |
| 41642801 | + | Airgas USA, LLC, 2015 Vaughn Rd., Ste 400, Kennesaw, GA 30144-7802 |
| 41642802 | + | Allied Universal, c/o Michael Miller, Esq., The Leviton Law Firm, 1 Pierce Place, Ste 725W, Itasca, IL 60143-1234 |
| 41642805 | | American Boiler Services Inc., c/o Scott M. McKinnis, Esq., Hockensmith McKinnis Hamill, PC, 12801 Flushing Meadows Dr., Ste 101, Saint Louis, MO 63131-1829 |
| 41642806 | + | American Healthcare, 505 N. Brand Blvd., Ste. 1110, Glendale, CA 91203-3932 |
| 41642808 | + | Andrew Friedman, 124 N. La Brea Ave., Ste V, Los Angeles, CA 90036-3089 |
| 41642809 | + | Aramark, 2680 Palumbo Drive, Lexington, KY 40509-1234 |
| 41642810 | + | Arjo, Inc., 2349 W. Lake Street, Addison, IL 60101-6188 |
| 41642811 | + | Atalas Business Solutions, Inc., PO Box 9013, Fargo, ND 58106-9013 |
| 41642814 | + | Aztec Leasing Inc, c/o Hatkoff & Minassian A Law, 18757 Burbank Blvd., Ste 100, Tarzana, CA 91356-6328 |
| 41642816 | + | B Braun, 824 Twelfth Avenue, Bethlehem, PA 18018-3524 |
| 41642817 | #+ | B.R. Building Resources Co, c/o James D. Daily, Esq., Daily Law Group, 610 Newport Center Drive, Ste 1200, Newport Beach, CA 92660-6478 |
| 41642818 | | Bausch & Lomb Americas, Inc., 400 Somerset Corporate Blvd., Barrington, NJ 08007 |
| 41642819 | + | Biotronik, c/o The LaSource Group, PO Box 422, North East, PA 16428-0422 |
| 41642820 | + | Boston Scientific Corp., c/o S Jacob & Wolf, LP, PO Box 12045, College Station, TX 77842-2045 |
| 41642821 | + | Bryant Expert Medical Equipment Ser, c/o Jared D. Howell, Esq., Hamilton Weber LLC, 200 North Third Street, Saint Charles, MO 63301-2813 |
| 41642826 | + | CHG Companies, Inc., c/o Michael C. Barnhill, Esq., Michael Best & Friedrich, LLP, 2750 East Cottonwood Parkway Ste560, Salt Lake City, UT 84121-7289 |
| 41642831 | + | CPS Solutions, LLC, c/o Beth C. Boggs, Esq., Boggs, Avellino, Lach & Boggs, LLC, 9326 Olive Blvd, Ste 200, Saint Louis, MO 63132-3257 |
| 41642822 | | Cardinal Health, PO Box 70539, Chicago, IL 60673-0539 |
| 41642823 | + | Cardinal Health 110 LLC, c/o Susan K. Cliffel, Esq., Porter Write Morris & Arthur LLP, 250 East Fifth Street, Ste 2200, Cincinnati, OH 45202-5118 |
| 41642824 | + | Cardiovascular Systems, c/o Commercial Collection Corp NY, 34 Seymour Street, Tonawanda, NY 14150-2126 |
| 41642825 | | Carefusion, 25082 Network Place, Chicago, IL 60673-1250 |
| 41642827 | + | Cintas Corporation, 6200 Olive Blvd., Saint Louis, MO 63130-3388 |
| 41642828 | | Comphealth, PO Box 972651, Dallas, TX 75397-2651 |
| 41642829 | + | Cook Medical, 1025 W. Acuff Rd., Bloomington, IN 47404-9295 |
| 41642830 | + | Countryside Carpets & Interiors Inc, c/o Lester J. Hubble, Esq., 5353 S. Lindbergh Blvd Suite 210, Saint Louis, MO 63126-3556 |
| 41642834 | + | DaVita (Total Renal Care), c/o Grahmn N. Morgan, Esq., Dinsmore & Shohl LLP, 100 West Main Street, Ste 900, Lexington, KY 40507-1839 |
| 41642832 | + | Dahlem, Inc., 1011 North Clay Avenue, Saint Louis, MO 63122-2634 |
| 41642833 | + | David Fortel, MD, 246 Oak Island Dr., Walled Lake, MI 48390-2040 |
| 41642835 | + | Deaf Empowerment Awareness Foundati, c/o Sonette T. Magnus, Esq., Thompson Coburn LLP, One US Bank Plaza, Saint Louis, MO 63101-1693 |
| 41642836 | + | Division of Employment Security, PO Box 999, Jefferson City, MO 65108-0999 |
| 41642837 | | EASI, PO Box 198531, Atlanta, GA 30384-8531 |

Case 9:23-bk-10690-RC    Doc 19    Filed 08/17/23    Entered 08/17/23 21:17:29    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-9 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2023 | Form ID: 309F1 | Total Noticed: 131 |

| | | |
|---|---|---|
| 41642838 | + | EASi, LLC, c/o Zach Chaffee-McClure, Esq., 2555 Grand Blvd., Kansas City, MO 64108-2613 |
| 41642839 | + | EDF-RG, LLC, 3140 Riverport Tech Center Drive, Maryland Heights, MO 63043-4825 |
| 41642840 | + | First Insurance Funding, c/o Louis M. Spivack, Esq., 5447 E. 5th Street, Ste 205, Tucson, AZ 85711-2346 |
| 41642841 | + | Frank Saidara, 2355 Westwood Blvd., Ste 1101, Los Angeles, CA 90064-2109 |
| 41642842 | ++ | GE HEALTHCARE, 3000 N GRANDVIEW BLVD, WAUKESHA WI 53188-1615 address filed with court:, GE Healthcare, PO Box 96483, Chicago, IL 60693 |
| 41642843 | + | Germane Solutions, 8163 Old Yankee St., Suite B, Dayton, OH 45458-1801 |
| 41642844 | + | Germane Solutions, c/o Lisa S. Pierce, Esq., Dinsmore & Shohl, LLP, 1 S. Main Street, Ste 1300, Dayton, OH 45402-2058 |
| 41642845 | + | Goldberg Healthcare Partners, PO Box 749, Kill Devil Hills, NC 27948-0749 |
| 41642846 | + | Gregory Brentano, c/o Tanner A. Kirksey, Esq., Keane Law LLC, 7711 Bonhomme Ave., Ste 600, Saint Louis, MO 63105-1983 |
| 41642849 | + | IWC Innovations, 704 S. State Road 135, Suite D348, Greenwood, IN 46143-6561 |
| 41642847 | | Innovative Water Consulting LLC, dba IWC Innovations, c/o John J. Morse, Esq., 230 N. Meridian Street, Ste 318, Indianapolis, IN 46204 |
| 41642850 | | J&J Heath, PO Box 6800, Piscataway, NJ 08855-6800 |
| 41642851 | + | Jackson & Coker LocumTenens, LLC, 2655 Northwinds Parkway, Alpharetta, GA 30009-2280 |
| 41642852 | + | Jeffrey Ahlholm, 4308 Via Entrada, Newbury Park, CA 91320-6827 |
| 41642856 | + | LGC Clinical Diagnostics, 221 US Route 1, Cumberland Foreside, ME 04110-1345 |
| 41642853 | + | LabCorp, c/o Richard P. Johnson, Esq., Johnson Legal Network, PPL, 535 Wellington Way, Ste 380, Lexington, KY 40503-1389 |
| 41642854 | + | Landauer, George Steinberg, Esq., The Leviton Law Firm, 1 Pierce Place, Ste 725W, Itasca, IL 60143-1234 |
| 41642855 | + | Lawrence E. Feigen, 703 Park Lane, Cedarhurst, NY 11516-1026 |
| 41642857 | | Linet Americas, Inc., c/o Charles J. Bridgmon, Esq., Bray & Long, PLLC, 2829 Selwyn Ave., Ste 400, Charlotte, NC 28209 |
| 41642863 | ++ | MEDLINE INDUSTRIES INC, ATTN ANNE KISHA, ONE MEDLINE PL, MUNDELEIN IL 60060-4486 address filed with court:, Medline, Dept CH 1440, Palatine, IL 60055-4400 |
| 41642878 | | MSD, PO Box 848086, Saint Louis, MO 63166-0437 |
| 41642880 | + | MXR Imaging, Inc., 4909 Murphy Canyon Road, Ste 120, San Diego, CA 92123-4300 |
| 41642858 | + | Mark's Plumbing, PO Box 121554, Fort Worth, TX 76121-1554 |
| 41642859 | + | Matrix Strategies, c/o Benjamin Kiss, Esq., Fisher, Zisblatt & Kiss LLP, 1901 Avenue of the Stars, Ste 1100, Los Angeles, CA 90067-6002 |
| 41642861 | | Matthew Haddad, c/o Barry A. Smith, Esq., Buchalter, 100 Wilshire Blvd. Ste 1500, Los Angeles, CA 90017 |
| 41642860 | + | Matthew Haddad, 13428 Maxella Avenue, 189, Marina Del Rey, CA 90292-5620 |
| 41642862 | + | McKesson, 6555 State Highway 161, Irving, TX 75039-2402 |
| 41642864 | | Medtronic USA, PO Box 848086, Dallas, TX 75284-8086 |
| 41642865 | + | Medtronic, Inc., c/o Ronald A. Caimi, Esq., Vogler & Associates, LLC, 11756 Borman Drive, Suite 200, Saint Louis, MO 63146-4157 |
| 41642866 | | Metro Public Safety, Inc., c/o Tyler C. Thompson, Esq., Thompson Law STL, LLC, 167 Lamp and Lantern Vilge Ste 226, Saint Louis, MO 63107 |
| 41642868 | + | Midwest Scientific, Inc., 115 Cassens Court, Fenton, MO 63026-2543 |
| 41642869 | + | Milford Supply Co., c/o Kevin Seltzer, Esq., 130 S. Bemiston Ave., Ste 303, Saint Louis, MO 63105-1913 |
| 41642870 | | Missouri State Taxes, PO Box 999, Jefferson City, MO 65108-0999 |
| 41642871 | + | Mobile ID Solutions, 1740 West Katella Ave., Ste E, Orange, CA 92867-3434 |
| 41642872 | + | Modern HR Accounts Payable, Prior to IMA, c/o Sasha Alexander Frid, 1999 Avenue of the Stars, Ste 1000, Los Angeles, CA 90067-4632 |
| 41642873 | + | Mondern HR, 7590 N. Gelnoaks Blvd, Burbank, CA 91504-1003 |
| 41642876 | + | Monolito Stark, c/o Peter J. Jannace, Esq., c/o Branstetter, Stranch & Jennings, 223 Rosa L. Parks Ave, Ste 200, Nashville, TN 37203-3513 |
| 41642874 | + | Monolito Stark, c/o Joshua D. Margolis, Esq., Muchnick Haber Margolis, LC, 8151 Clayton Rd., Ste 201, Saint Louis, MO 63117-1111 |
| 41642875 | + | Monolito Stark, c/o Lynn A. Toops, Esq., Cohen & Malad, LLP, One Indiana Square Ste 1400, Indianapolis, IN 46204-2058 |
| 41642879 | + | Mullen Coughlin LLC, 426 W. Lancaster Avenue, Suite 200, Devon, PA 19333-1510 |
| 41642881 | + | NFS Equipment Leasing, 900 Cummings Center Ste. 226-U, Beverly, MA 01915-6183 |
| 41642882 | + | NFS Leasing, c/o Randall F. Scherck, Esq., Greensfelder, Hemker & Gale, PC, 10 South Broadway, Ste 2000, Saint Louis, MO 63102-1747 |
| 41642883 | #+ | Nomad Health, Inc., c/o Richard De Palma, Esq., Thompson Hine LLP, 335 Madison Avenue, 12th Floor, New York, NY 10017-4666 |
| 41642884 | | Nomad Nurses, PO Box 736670, Dallas, TX 75373-6670 |
| 41642885 | | Nursefinders, PO Box 910738, Dallas, TX 75391-0738 |
| 41642886 | + | Office Depot, Inc., 6600 N. Militiary Trail, Boca Raton, FL 33496-2434 |
| 41642887 | + | Osteoremedies, c/o Tom Braun, Commercial Collection Consultants, 16830 Ventura Blvd, Ste 620, Encino, CA 91436-1727 |
| 41642888 | + | Pesso Subordinated Secured, 1232 South La Cienega Blvd, Los Angeles, CA 90035-2540 |
| 41642890 | + | Pipe Technologies, Inc., c/o Derick C. Albers, Esq., Lewis Rice LLC, 600 Washington Ave, Ste 2500, Saint Louis, MO 63101-1311 |
| 41642889 | + | Pipe Technologies, Inc., c/o Mark I. Wrait, Esq., Severson & Severson, 595 Market Street, Suite 2600, San Francisco, CA 94105-3413 |
| 41642891 | + | Rottler Pest Solutions, 2690 Masterson Avenue, Saint Louis, MO 63114-5139 |
| 41642892 | + | Royal Papers, PO Box 39922, 2701 Hereford St., Saint Louis, MO 63139-1021 |
| 41642893 | + | SA Hospital Jefferson LLC, 3535 South Jefferson, Saint Louis, MO 63118-3930 |
| 41642895 | + | SA Hospital Real Estate Holdings, Jefferson, 3933 S. Broadway St., Saint Louis, MO 63118-4601 |
| 41642894 | + | SA Hospital Real Estate Holdings, Lemay, 3933 S. Broadway St., Saint Louis, MO 63118-4601 |
| 41642896 | + | SA Hospital Real Estate Holdings LL, 3933 S. Broadway, Saint Louis, MO 63118-4601 |
| 41642907 | | STL Collector of Revenue, PO Box 66966, Saint Louis, MO 63166-6966 |
| 41642908 | + | STL Communications, Inc., 100 Chesterfield Business Pkwy, Ste 300, Chesterfield, MO 63005-1271 |
| 41642897 | + | Service Express, 3854 Broadmoor Ave SE, Grand Rapids, MI 49512-3967 |
| 41642898 | + | Smith & Nephew, c/o Peter Francis, Receivable Management Corporation, 400 West Cummings Park, Ste 4450, Woburn, MA 01801-6594 |

| District/off: 0973-9 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2023 | Form ID: 309F1 | Total Noticed: 131 |

| | | |
|---|---|---|
| 41642899 | + | Smith & Nephew, 5600 Clearfork Main Street #600, Fort Worth, TX 76109-3558 |
| 41642900 | + | Soliant Health, c/o Jay B. Umansky, Esq., The Law Offices of Jay B. Umansky, 12460 Olive Blvd., Ste 118, Saint Louis, MO 63141-6397 |
| 41642901 | + | South City Hospital, 3933 S. Broadway, Saint Louis, MO 63118-4696 |
| 41642902 | + | South City Taxes, 3933 South Broadway, Saint Louis, MO 63118-4696 |
| 41642903 | + | Spot Coolers, 29749 Network Place, Chicago, IL 60673-1297 |
| 41642904 | + | St. Louis Heart, 3550 McKelvey, Bridgeton, MO 63044-2527 |
| 41642905 | + | St. Louis Heart & Vascular, c/o Stuart J. Vogelsmeier, Lashly & Baer, PC, 714 Locust Street, Saint Louis, MO 63101-1603 |
| 41642906 | | Steris, 1652 Solution Center, Lockbox 771650, Chicago, IL 60677-1006 |
| 41642909 | | Stryker, Costa Rica Finance Shared Service, 5th Floor, Tower 4, San Antonio Business Park, Heredia Province, Belen, Costa Rica |
| 41642910 | + | Sysco St. Louis, LLC, c/o Harjot S. Padda, Esq., Padda, Benner & Benner, LLC, 3915 Brannon Avenue, Saint Louis, MO 63109-1741 |
| 41642914 | + | TVT 2.0 LLC, 8 Hunters Ln., Roslyn, NY 11576-1306 |
| 41642911 | + | The Baker Company, 175 Gatehouse Road, Sanford, ME 04073-2482 |
| 41642912 | + | The Edelen Company, Inc., 4170 Shoreline Drive, Earth City, MO 63045-1212 |
| 41642913 | + | The Metropolitan St Louis Sewer Dis, c/o Randall E. Gusdorf, Esq., Gusdorf Law Firm, LLC, 9666 Olive Blvd., Ste 211, Saint Louis, MO 63132-3012 |
| 41642915 | + | Twain Financial Partners LLC, 2200 Washington Ave., Saint Louis, MO 63103-1522 |
| 41642916 | + | Twain GL XXV LLC, c/o Nicholas J. Zluticky, Esq., Stinson LLP, 1201 Walnut St., Ste 2900, Kansas City, MO 64106-2178 |
| 41642917 | + | Twain GL XXV, LLC, 2200 Washington Ave., Saint Louis, MO 63103-1522 |
| 41642918 | + | Twain GL XXV, LLC, c/o Stinson LLP, Attn: Andrew J. Scavotto, Esq., 7700 Forsyth Boulevard, Suite 1100, Saint Louis, MO 63105-1821 |
| 41642919 | + | Verizon, Attn: Verizon Businses -CARMS 15043, 11 Wards Lane, Albany, NY 12204-2196 |
| 41642920 | + | Vistalink Health Group, LLC, c/o Lacy M. Fields Keune, Esq., Greensfelder, Hemker & Gale, P.C., 10 South Broadway, Ste 2000, Saint Louis, MO 63102-1747 |
| 41642921 | + | Walcott RX Products Inc., 3 Harry's Court, Suite D, Ocean View, NJ 08230-1393 |
| 41642922 | + | West Physics, 3825 Paces Walk SE, Atlanta, GA 30339-4096 |
| 41642923 | + | Western HealthCare, 13155 Noel Road, Suite 200, Dallas, TX 75240-5021 |
| 41642924 | + | Windsor Terrace Healthcare, LLC, c/o A. Sasha Frid, Esq., Miller Barondess, LLP, 1999 Avenue of the Stars, Ste 1000, Los Angeles, CA 90067-4632 |

TOTAL: 120

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: michael.berger@bankruptcypower.com | Aug 16 2023 00:06:00 | Michael Jay Berger, 9454 Wilshire Blvd 6th Fl, Beverly Hills, CA 90212-2929 |
| smg | ^ | MEBN | Aug 16 2023 00:03:30 | County Assessor, County Government Center, Room 100, San Luis Obispo, CA 93408-0001 |
| smg | + | Email/Text: SBCBankruptcy@co.santa-barbara.ca.us | Aug 16 2023 00:06:00 | County Tax Collector, P.O. Box 357, Santa Barbara, CA 93102-0357 |
| smg | | EDI: EDD.COM | Aug 16 2023 04:03:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 16 2023 04:03:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: IRS.COM | Aug 16 2023 04:03:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: LAROBankruptcy@SEC.gov | Aug 16 2023 00:06:00 | Securities & Exchange Commission, 444 South Flower St., Suite 900, Los Angeles, CA 90071-2934 |
| 41642815 | | Email/Text: billing@aztecleasingcorp.com | Aug 16 2023 00:06:00 | Aztec Leasing, Inc, 2215 Vista Rodeo Dr., El Cajon, CA 92019 |
| 41642803 | | Email/Text: creditdept@allscripts.com | Aug 16 2023 00:06:00 | Allscripts Healthcare, 24630 Network Place, Chicago, IL 60673-1246 |
| 41642804 | + | EDI: UNIONELECT.COM | Aug 16 2023 04:03:00 | Ameren Missouri, PO Box 66881, Saint Louis, MO 63166-6881 |
| 41642867 | + | Email/Text: jhill@arc1.biz | Aug 16 2023 00:06:00 | Metropolitan St. Louis Sewer Distri, c/o Account Resolution Corp, PO Box 3860, Chesterfield, MO |

Case 9:23-bk-10690-RC    Doc 19    Filed 08/17/23    Entered 08/17/23 21:17:29    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0973-9 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2023 | Form ID: 309F1 | Total Noticed: 131 |

63006-3860

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41642813 | | Aztec Equipment Leasing |
| 41642877 | | Morris Anderson & Associates, Ltd. |
| 41642848 | *+ | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian David Fittipaldi | on behalf of U.S. Trustee United States Trustee (ND) brian.fittipaldi@usdoj.gov |
| Michael Jay Berger | on behalf of Debtor SA Hospital Acquisition Group LLC michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | SA Hospital Acquisition Group, LLC | EIN: | 85–2379265 |
| | Name | | |
| United States Bankruptcy Court | Central District of California | Date case filed for chapter: | 11    8/11/23 |
| Case number: | 9:23–bk–10690–RC | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case 10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | SA Hospital Acquisition Group, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4308 Via Entrada<br>Newbury Park, CA 91320 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael Jay Berger<br>9454 Wilshire Blvd 6th Fl<br>Beverly Hills, CA 90212–2929 | Contact phone 310–271–6223<br><br>Email _____ |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1415 State Street,<br>Santa Barbara, CA 93101–2511 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 8/15/23 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath by the trustee and creditors.<br>Creditors may attend, but are not required to do so. | **September 7, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. | Location:<br><br>**TELEPHONIC MEETING,<br>CONFERENCE LINE:1–866–820–9498,<br>PARTICIPANT CODE:6468388** |

4/BH

For more information, see page 2 >

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Notice of deadline will be sent at a later time. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | - your claim is designated as *disputed*, *contingent*, or *unliquidated*; |
| | | - you file a proof of claim in a different amount; or |
| | | - you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** _____ |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |