United States Bankruptcy Court
Central District of California

In re:  
SA Hospital Acquisition Group, LLC  
    Debtor

Case No. 23-10690-RC  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-9      User: admin      Page 1 of 1  
Date Rcvd: Aug 16, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + SA Hospital Acquisition Group, LLC, 4308 Via Entrada, Newbury Park, CA 91320-6827 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian David Fittipaldi | on behalf of U.S. Trustee United States Trustee (ND) brian.fittipaldi@usdoj.gov |
| Marshall J Hogan | on behalf of Creditor Twain GL XXV LLC mhogan@swlaw.com, knestuk@swlaw.com |
| Michael Jay Berger | on behalf of Debtor SA Hospital Acquisition Group LLC michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 4

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Anthony P. Cali (pro hac vice forthcoming)<br>Stinson LLP<br>anthony.cali@stinson.com<br>1850 N. Central Ave., Suite 2100<br>Phoenix, AZ 85004-4584<br><br>Marshall J. Hogan (CA Bar 286147)<br>Snell & Wilmer L.L.P.<br>mhogan@swlaw.com<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92694<br>714.427.7000 (p)<br>714.427.7799 (f)<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Twain GL XXV, LLC | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>AUG 16 2023<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** rust      **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** NORTHERN DIVISION

| In re:<br>SA Hospital Acquisition Group, LLC | CASE NO.: 9:23-bk-10690-RC<br>CHAPTER: 11 |
|---|---|
| | **ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
| Debtor(s). | |

**Movant** (*name*):
Twain GL XXV, LLC

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Twain GL XXV, LLC's Motion to Dismiss Chapter 11 Case

    b. *Date of filing of motion:* 8/15/23

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: 8/15/23

3. Based upon the court's review of the Application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                  Page 1                               **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date: August 18, 2023** <br> **Time: 11:00 a.m.** <br> **Courtroom: 5D** | **Place:** <br> ☐ 255 East Temple Street, Los Angeles, CA 90012 <br> ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 <br> ☐ 3420 Twelfth Street, Riverside, CA 92501 <br> ☒ 411 West Fourth Street, Santa Ana, CA 92701* <br> ☐ 1415 State Street, Santa Barbara, CA 93101 <br> ***With the exception of the Office of the U.S. Trustee, all appearances are required to be made <u>in-person</u>.** |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| (A) *Deadlines:* <br> Date: **August 16, 2023** <br> Time: **5:00 p.m.** | (B) *Persons/entities to be provided with telephonic notice:* <br><br> Counsel for debtor SA Hospital Acquisition Group LLC* <br> The 20 largest unsecured creditors <br> The State Court appointed reciever <br><br> (C) *Telephonic notice is also required upon* the United States Trustee <br><br> *Telephonic notice is to be provided to counsel to the Debtor prior to noon, August 16, 2023. |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked    ☐ all of the methods checked

(A)  ☒ Personal Delivery    ☐ Overnight Mail    ☐ First class mail    ☒ Facsimile*    ☒ Email*

| | |
|---|---|
| (B) *Deadlines:* <br> Date: **August 16, 2023** <br> Time: **5:00 p.m.** | (C) *Persons/entities to be served with written notice and a copy of this order:* <br><br> Counsel for debtor SA Hospital Acquisition Group LLC <br> The 20 largest unsecured creditors <br> The State Court appointed reciever <br><br> (D) *Service is also required upon:* <br> -- United States trustee *(electronic service is not permitted)* |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: **August 16, 2023** | Counsel for debtor SA Hospital Acquisition Group LLC |
| | The 20 largest unsecured creditors |
| Time: **5:00 p.m.** | The State Court appointed reciever |
| | (D) *Service is also required upon*: |
| | -- United States trustee *(no electronic service permitted)* |

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing, including any opposition to the timing of the hearing on the Motion.

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above:

> ☐ at least 2 days before the hearing.
>
> ☒ no later than:    Date: August 18, 2023  Time: 9:00 a.m.

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

Date: August 16, 2023

*(signature)*
Ronald A. Clifford III
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**