# United States Bankruptcy Court
# Central District of California

1415 State Street, Santa Barbara, CA 93101−2511

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
SA Hospital Acquisition Group, LLC

**BANKRUPTCY NO.** 9:23−bk−10690−RC

**CHAPTER** 11

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 85−2379265
**Debtor Dismissal Date:** 8/21/23

**Address:**
4308 Via Entrada
Newbury Park, CA 91320

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: August 21, 2023

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**27 / SY9**